IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

CANTRISA WATSON                                                              PLAINTIFF

v.                           NO. 2:16-cv-00045 PSH

NANCY A. BERRYHILL, Acting Commissioner                                      DEFENDANT
of the Social Security Administration

## JUDGMENT

Pursuant to the Memorandum Opinion and Order entered this day, judgment is entered for the Acting Commissioner of the Social Security Administration.

IT IS SO ORDERED this 7th day of December, 2017.

_____
UNITED STATES MAGISTRATE JUDGE